FILED IN
COURT OF CRIMINAL APPEALS

July 24, 2015

ABEL ACOSTA, CLERK

PD-0072-1
COURT OF CRIMINAL APPEAL
AUSTIN, TEXA
Transmitted 7/24/2015 11:17:16 AI
Accepted 7/24/2015 11:32:37 AI
ABEL ACOST,
CLER

## TO THE COURT OF CRIMINAL APPEALS
## OF THE STATE OF TEXAS

| | | |
|---|---|---|
| **JAMES LEMING**<br>Appellant | § | |
| **V.** | § | **CASE NO. PD-0072-15**<br>**TRIAL COURT NO. 41799-B** |
| **THE STATE OF TEXAS**<br>Appellee | § | |

*Granted*
*PC*
*7/24/15*

### MOTION FOR LEAVE TO FILE CORRECTED RESPONSE TO STATE'S BRIEF

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

Comes Now the Appellant, JAMES LEMING, by and through his counsel, Clement Dunn, and respectfully seeks leave to file his corrected Response to State's Brief, to replace the Response to State's Brief filed in this cause on July 21, 2015. The corrected Response to State's Brief contains corrections and clarifications only; it does not differ in substance from the previously filed Response to State's Brief. No additional issues or arguments are set forth. This counsel respectfully submits the filing of the corrected Response to State's Brief is necessary to maintain the standards of professionalism and appellate representation to which the Court is entitled.

RESPECTFULLY SUBMITTED,


___//ss//___Clement Dunn_____
Attorney for Appellant
140 E. Tyler Street, Suite 240
Longview, TX 75601
(903) 753-7071 Fax (903) 753-8783
State Bar # 06249300

# CERTIFICATE OF SERVICE

As Attorney of Record for Defendant, I do hereby Certify that a true and correct copy of the above and foregoing document was this date provided to the Attorney for the State.

Date: July 24, 2015

___//ss//___Clement Dunn_____
Attorney for Appellant

## TO THE COURT OF CRIMINAL APPEALS
## OF THE STATE OF TEXAS

**JAMES LEMING**
     **Appellant**

§

**V.**

§    **CASE NO. PD-0072-15**
    **TRIAL COURT NO. 41799-B**

**THE STATE OF TEXAS**
     **Appellee**

§

## ORDER

BE IT REMEMBERED, that on the _____ day of _____, 2015, came

on to be considered the above and foregoing Motion for Leave to File Corrected Response to

State's Brief. After consideration of the same, it is the opinion of the Court that Appellant's

Motion be:

( )    GRANTED, and the present cause is hereby extended until _____,

2014.

( )    DENIED, to which ruling the Appellant excepts.

( )    SET FOR HEARING ON THE _____ day of _____, 2015, at

_____ o'clock_____.

SIGNED:

                                _____
                                JUDGE PRESIDING